# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

132644

JAMES THOMPSON, Personal
Representative of the Estate of
Mary Elizabeth Elkins, Deceased,
            Plaintiff-Appellee,

v

ROCHESTER COMMUNITY
SCHOOLS,
            Defendant,

and

ELIZABETH BENTLEY, PAMELA
SEMANN, MARK MERLO,
PENELOPE BURKE, ROBERT
CLARK, ILENE INGRAM,
CHARLES MAY, DON MAY,
and LINDA CROWELL,
            Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132644
COA: 269738
Oakland CC: 2003-054985-NI

On order of the Court, the application for leave to appeal the October 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk